# EXHIBIT A

**Exhibit A**

**DEFENDANTS' ADDRESSES**

| Defendant Name | Address #1 | | | | | Address #2 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1st Advantage Mortgage, LLC | 701 W. 22nd Street | Suite 125 | Lombard | IL | 60148 | 701 E. 22nd Street | Lombard | IL | 60148 |
| Affiliated Funding Corp. | 5 Hutton Centre Drive | Suite 1100 | South Coast Metro | CA | 92707 | | | | |
| Alera Financial, LLC | 2840 Plaza Place | Suite 450 | Raleigh | NC | 27612 | | | | |
| Alliance Financing Mortgage Corp. | 321 W. Prospect Avenue | | Mt. Prospect | IL | 60056 | | | | |
| Alpine Mortgage LLC | 6 SW Centerpointe | Suite 500 | Lake Oswego | OR | 97035 | 6000 Meadows Suite 300 | Lake Oswego | OR | 97035 |
| Amera Mortgage Corporation | 1050 Corporate Office Dr. | Ste 200 | Milford | MI | 48381 | | | | |
| American Home Equity Corporation | 2677 N. Main Street | # 225 | Santa Ana | CA | 92705 | 167 Technology Drive | Irvine | CA | 92618 |
| American Lending Network Inc. | 1256 S State St #201 | | Orem | UT | 84097 | 251 E. 1200 S | Orem | UT | 84058 |
| American Mortgage Express Financial | 805 Broadway Street | 6th Floor | Vancouver | WA | 92121-9866 | | | | |
| America's Mortgage Alliance, Inc. | 11941 West 48th Avenue | Suite 200 | Wheat Ridge | CO | 80033 | | | | |
| Approved Funding Corp. | 41 Grand Avenue | | River Edge | NJ | 7661 | | | | |
| Apreva Financial Corporation | 3535 Factoria Blvd SE | Suite 600 | Bellevue | WA | 98006 | | | | |
| Arlington Capital Mortgage Corporation | 3260 Tillman Drive | Suite 90 | Bensalem | PA | 19020 | 300 Welsh Rd. | Horsham | PA | 19044 |
| Ascent Home Loans Inc. | 6465 S. Greenwood Plaza Blvd. | Suite 800 | Englewood | CO | 80111 | | | | |
| Atlantic Bay Mortgage Group LLC | 1427 N. Great Neck Road | Suite 201 | Virginia Beach | VA | 23454 | | | | |

1

| Defendant Name | Address #1 | | | | | Address #2 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Aurora Mortgage, LLC | 8150 Leesburg Pike | Suite 1070 | Vienna | VA | 22182 | | | | |
| Axiom Financial, LLC. | 9350 South 150 East | Suite 140 | Sandy | UT | 84070 | | | | |
| Axis Mortgage & Investments LLC | 1201 S. Alma School Rd. | Suite 3700 | Mesa | AZ | 85210 | 5055 N. 32nd St. | Phoenix | AZ | 85018 |
| Bank of England | 5 Statehouse Plaza | Suite 500 | Little Rock | AR | 72201 | | | | |
| Bell America Mortgage LLC | 1000 Shelard Parkway | Suite 500 | Minneapolis | MN | 55426 | | | | |
| Bondcorp Realty Services, Inc. | 1200 Quail Street | Suite 160 | Newport Beach | CA | 92660 | | | | |
| Brier Mortgage Corp. | 3201 West County Road 42 | Suite 102 | Burnsville | MN | 55306 | | | | |
| Broadview Mortgage Corp. | 2200 West Orangewood Avenue | Suite 215 | Orange | CA | 92868 | | | | |
| Central Pacific Mortgage Company | 950 Iron Point Road | Suite 200 | Folsom | CA | 95630 | | | | |
| Cherry Creek Mortgage Co., Inc. | 7600 East Orchard Road | Suite 250-N | Greenwood Village | CO | 80111 | | | | |
| Chicago Bancorp, Inc. | 300 North Elizabeth Street | Suite 3E | Chicago | IL | 60607 | | | | |
| Christopher E. Hobson, Inc. (d/b/a Franklin Financial) | 3242 East Coast Highway | | Corona Del Mar | CA | 92625 | | | | |
| Citimutual Corp. | 999 Bayhill Drive | Suite 101 | San Bruno | CA | 94066 | | | | |
| City First Mortgage Services, L.L.C. | 750 South Main | Suite 104 | Bountiful | UT | 84010 | 750 South Main | Bountiful | UT | 8401084010 |
| CMG Mortgage Inc. | 3160 Crow Canyon Road | Suite 400 | San Ramon | CA | 94583 | | | | |
| Community Banks of Colorado | 5690 DTC Blvd. | Suite 400 East | Greenwood Village | CO | 80111 | | | | |
| Cornerstone Home Mortgage Corp. | 6905 N. Wickham Road | Suite 405 | Melbourne | FL | 32940 | 871 Hawksbill Island Dr. | Satellite Beach | FL | 32937 |

2

| Defendant Name | Address #1 | | | | | Address #2 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Cornerstone Mortgage, Inc. | 11255 Olive Boulevard | | St. Louis | MO | 63141 | | | | |
| Cranbrook Mortgage Corp. | 41800 Hayes Rd. | Suite B | Clinton Township | MI | 48038 | | | | |
| Crestline Funding Corp. | 18851 Bardeen Avenue | | Irvine | CA | 92612 | 18851 Bardeen Avenue | Irvine | CA | 92612 |
| CTX Mortgage Company, LLC | 2828 N. Harwood | 15th Floor | Dallas | TX | 75201 | | | | |
| Deutsche Bank, AG (as successor to Mortgage IT, Inc., d/b/a MIT Lending) | 345 Park Ave. | | New York | NY | 10154 | | | | |
| DHI Mortgage Company, Ltd. | 12357 Riata Trace Pkwy | Suite C-150 | Austin | TX | 78727 | | | | |
| Directors Mortgage Inc. | 4550 SW Kruse Way | Suite 275 | Lake Oswego | OR | 97035 | | | | |
| Dollar Mortgage Corp. | 7578 El Cajon Blvd. | | La Mesa | CA | 91941 | | | | |
| Duxford Financial, Inc. | 36 Executive Park | Suite 200 | Irvine | CA | 92614 | 4695 MacArthur Court | Newport Beach | CA | 92660 |
| Dynamic Capital Mortgage, Inc. | 1371 Beacon Street | Suite 301 | Brookline | MA | 2446 | | | | |
| Eagle Home Mortgage, LLC | 10510 NE Northup Way | Suite 300 | Kirkland | WA | 98033 | | | | |
| Extol Mortgage Services, Inc. | 4901 University Avenue | | Cedar Falls | IA | 50613 | | | | |
| Fairmont Funding Ltd. | 1333 60th St. | | Brooklyn | NY | 11219 | 1600 60th Street | Brooklyn | NY | 11204 |
| First Bank | #1 First Missouri Center | | St. Louis | MO | 63141 | | | | |
| First California Mortgage Co. | 5401 Old Redwood Highway N. | Suite 208 | Petaluma | CA | 94945 | 1435 North McDowell Blvd | Petaluma | CA | 94954 |
| First Capital Group, LP | 2405 McCabe Way | Suite 213 | Irvine | CA | 92614 | 18500 Von Karman Ave. | Irvine | CA | 92612 |

3

| Defendant Name | Address #1 | | | | | Address #2 | | | |
|---|---|---|---|---|---|---|---|---|---|
| First Equity Mortgage Bankers, Inc. | 9130 S. Dadeland Blvd. | Suite 1901 | Miami | FL | 33156 | 9300 S Dadeland Blvd | Miami | FL | 3315633156 |
| First Mortgage Corp. | 3230 Fallow Field Drive | | Diamond Bar | CA | 91765 | 1131 W. Sixth Street Suite 300 | Ontario | CA | 91762 |
| First Residential Mortgage Services Corp. | 570 Sylvan Avenue | | Englewood Cliffs | NJ | 07632 | | | | |
| Flick Mortgage Investors, Inc. | 9155 S. Dadeland Blvd | PH-I, Ste. 1712 | Miami | FL | 33156-2742 | 145 Anchor Drive | Vero Beach | FL | 32963 |
| Freedom Mortgage Corp. | | | | | | 10500 Kincaid Drive | Fishers | IN | 46037 |
| Frontier Investment Company | 1200 Executive Parkway | Suite 430 | Eugene | OR | 97401 | 1050 High Street | Eugene | OR | 97401-3240 |
| Gateway Bank, FSB (as successor to Arlington Capital Mortgage Corporation) | 2306 Merced Street | | San Leandro | CA | 94577 | | | | |
| Gateway Funding Diversified Mortgage Services LP | 300 Welsh Rd. | Building 5 | Horsham | PA | 19044 | | | | |
| Gateway Mortgage Group, LLC | 6910 E. 14th St. | | Tulsa | OK | 74112 | | | | |
| George Mason Mortgage LLC | 4100 Monument Corner Drive | # 100 | Fairfax | VA | 22030 | 4100 Monument Corner Drive | Fairfax | VA | 22030 |
| Global Advisory Group, Inc. | 2902 Colby Avenue | | Everett | WA | 98201 | | | | |
| Greenpoint Mortgage Funding, Inc. | 700 Larkspur Landing Circle | Suite 250 | Larkspur | CA | 94934 | | | | |
| Guaranteed Rate, Inc. | 3940 N. Ravenswood | | Chicago | IL | 60613 | | | | |
| Guaranty Bank | 4000 West Brown Deer Road | | Milwaukee | WI | 53209 | 4000 W.Brown Deer Rd. | Milwaukee | WI | 53209 |

4

| **Defendant Name** | **Address #1** | | | | | **Address #2** | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hartland Mortgage Centers, Inc. | 1900 West 75th Street | | Woodridge | IL | 60517 | | | | |
| Home Loan Center, Inc | 163 Technology Drive | | Irvine | CA | 92618 | | | | |
| Home Loan Mortgage Corp. | 11776 Mariposa Road | | Hesperia | CA | 92345 | | | | |
| HSBC Mortgage Services Inc. | 2700 Sanders Road | | Prospect Heights | IL | 600700 | | | | |
| Hyperion Capital Group, LLC | 5885 SW Meadows Road | Suite 850 | Lake Oswego | OR | 97035 | 2438 Paseo Del Ray | Palm Springs | CA | 92264 |
| imortgage.com, Inc. | 4800 North Scottsdale Road | Suite 3800 | Scottsdale | AZ | 85251 | | | | |
| ION Capital, Inc. | 485 Metro Place South | Suite 300 | Dublin | OH | 43017 | | | | |
| Jams-01, Inc. | 3701 Pender Drive | Suite 150 | Fairfax | VA | 22030 | | | | |
| K & B Capital Corp. | 40 SE 5th Street | Suite 502 | Boca Raton | FL | 33432 | 40 SE 5th Street | Boca Raton | FL | 33432 |
| Lakeland Mortgage Corp. | 8300 Norman Center Drive | Suite 240 | Bloomington | MN | 55437 | | | | |
| Liberty Financial Group, Inc. | 205 108th Avenue NE | Suite 270 | Bellevue | WA | 98004 | 150 - 120th Avenue NE | Bellevue | WA | |
| Maribella Mortgage LLC | 3600 Minnesota Drive | Suite 650 | Edina | MN | 55435 | 7380 France Ave S | Edina | MN | 55435 |
| Mason Dixon Funding, Inc. | 800 King Farm Blvd., | Suite 210 | Rockville | MD | 20850 | 800 King Farm Blvd. | Rockville | MD | 20850 |
| Mega Capital Funding, Inc. | 5550 Topanga Canyon Blvd. | Suite 100 | Woodland Hills | CA | 91367 | | | | |
| MegaStar Financial Corp. | 3773 Cherry Creek North Drive | East Tower - Suite 875 | Denver | CO | 80209 | | | | |
| Merrimack Mortgage Company, Inc. | 1045 Elm Street | Suite 601 | Manchester | NH | 03101 | | | | |
| Millennium Mortgage Corp. | 43-645 Monterey Ave. | Suite D | Palm Desert | CA | 92260 | | | | |

5

| Defendant Name | Address #1 | | | | | Address #2 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Minnesota Home Mortgage Corp. | 880 Blue Gentian Road | Suite 190 | Eagan | MN | 55121 | | | | |
| MJS Lending, Inc. | 777 Terrace Avenue | | Hasbrouck Heights | NJ | 07604 | | | | |
| Mortgage Capital Associates, Inc. | 11150 W. Olympic Blvd. | Suite 1160 | Los Angeles | CA | 90064 | | | | |
| Mortgage IT, Inc. | 5022 Gate Parkway | Suite 400 | Jacksonville | FL | 32256 | 60 Wall Street | New York | NY | 10005 |
| Mortgage Partners, Inc. | 7428 Jackson Drive | | San Diego | CA | 92119 | 7007 Birchcreek Rd | San Diego | CA | 92119 |
| Mountain America Financial Services, LLC | 10670 South 1300 East | | Sandy | UT | 84094 | | | | |
| Mountain West Financial, Inc. | 1209 Nevada Street | Suite 200 | Redlands | CA | 92374 | | | | |
| Mylor Financial Group, Inc. | 15451 San Fernando Mission Blvd | | Mission Hills | CA | 91345 | | | | |
| National Funding Company, LLC | 4647 N. 32nd Street | Suite 135 | Phoenix | AZ | 85018 | | | | |
| National Penn Bank | 690 Stockton Drive | Suite 301 | Exton | PA | 19341 | | | | |
| New Fed Mortgage Corp. | 1711 Broadway | | Saugus | MA | 01906 | 98 High St., Suite 2 | Danvers | MA | 01923 |
| NL, Inc. | 2175 N. California Blvd. | Suite 1000 | Walnut Creek | CA | 94596 | | | | |
| North County Real Estate, Inc. | 1947 Camino Vida Roble | Suite 220 | Carlsbad | CA | 92008 | | | | |
| Northwest Mortgage Group, Inc. | 10260 SW Greenburg Road | Suite 900 | Portland | OR | 97223 | | | | |
| Nova Financial & Investment Corp. | 6245 E. Broadway Blvd. | Suite 400 | Tucson | AZ | 85711 | | | | |
| Oaktree Funding Corporation | 312 N. Mountain Avenue | | Upland | CA | 91786 | 223 First Ave. | Upland | CA | 91786 |
| Oro Real, Inc. | 35465 Dumbarton Ct. | | Newark | CA | 94560 | | | | |

6

| Defendant Name | Address #1 | | | | | Address #2 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pacific First Financial Services, LP | 7226 Sepulveda Blvd. | | Van Nuys | CA | 91405 | 7226 Sepulveda Blvd | Van Nuys | CA | 91405 |
| Paramount Residential Mortgage Group Inc | 2280 Wardlow Circle | Suite 220 | Corona | CA | 92880 | | | | |
| Parkside Lending, LLC | 3000 Larkin Street | | San Francisco | CA | 94109 | | | | |
| Pemm.Tek Mortgage Services, LLC | 8930 E. Raintree Drive | Suite B200 | Scottsdale | AZ | 85260 | | | | |
| PHH Home Loans, LLC | 300 S. Park Place Blvd. | Suite 150 | Clearwater | FL | 33759 | 1 Mortgage Way, 2nd Floor | Mount Laurel | NJ | 08054 |
| PMAC Lending Services, Inc. | 15325 Fairfield Ranch Road | Suite 200 | Chino Hills | CA | 91709 | | | | |
| PMC Bancorp | 17800 Castleton Street | Suite 488 | City of Industry | CA | 91748 | | | | |
| Popular Mortgage Corp. | 14750 NW 77 Court | Suite 313 | Miami Lakes | FL | 33016 | | | | |
| Primary Capital Advisors, LC | 1000 Parkwood Circle | Suite 600 | Atlanta | GA | 30339 | | | | |
| Prime Mortgage Corp. | 11100 Wayzata Blvd. | Suite 200 | Minnetonka | MN | 55305 | 5500 Wayzata Blvd. | Minneapolis | MN | 55416 |
| Prominent Mortgage Corp. | 17042 Bellflower Blvd. | | Bellflower | CA | 90706 | | | | |
| PTF Financial Corp. | 10333 E. Dry Creek Road | Suite 200 | Englewood | CO | 80112 | 11983 E Lake Cir | Greenwood Village | CO | |
| Quickdraw Real Estate Services, Inc. | 209 Avenue D | Suite 200 | Snohomish | WA | 98290 | | | | |
| RBC Mortgage Company | 13100 Northwest Freeway | Suite 200 | Houston | TX | 77040 | 30 Hudson Street | Jersey City | NJ | 7302 |
| Real Estate Financial Services, Inc. | 2316 Orchard Pkwy. | Suite 210 | Tracy | CA | 95377 | 2316 Orchard Pkwy. | Tracy | CA | 95377 |
| Reliant Mortgage Company, LLC | 101 Edgewater Drive | Suite 260 | Wakefield | MA | 01880 | 100 Cummings Center | Beverly | MA | 01915 |

| Defendant Name | Address #1 | | | | | Address #2 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Republic Mortgage Home Loans LLC | 5241 South State | Suite 2 | Murray | UT | 84107 | | | | |
| Republic State Mortgage Company | 2715 Bissonnet | Suite 102 | Houston | TX | 77005 | | | | |
| Residential Home Funding Corp. | 520 North State Road | | Briarcliff Manor | NY | 10510 | | | | |
| Residential Mortgage Capital | 781 Lincoln Avenue | Suite 200 | San Rafael | CA | 94901 | | | | |
| Response Mortgage Services, Inc. | 3380 146th Place SE | Suite 450 | Bellevue | WA | 98007 | 1700 NW Glman Blvd, Ste. 305 | Issaquah | WA | 98027 |
| Reunion Mortgage Inc. | 860 Hillview Court | Suite 300 | Milpitas | CA | 95035 | | | | |
| RMR Financial, LLC | 16780 Lark Avenue | | Los Gatos | CA | 95032 | | | | |
| Sacramento 1st Mortgage, Inc. | 3626 Fair Oaks Blvd | Suite 100 | Sacramento | CA | 95864 | | | | |
| San Diego Great Western Mortgage Co. Inc. | 5473 Kearny Villa Road | Suite 200 | San Diego | CA | 92123 | 3160 Camino Del Rio South | San Diego | CA | 92108 |
| Santa Cruz Mortgage Company | 1058 So. Green Valley Road | | Watsonville | CA | 95076 | | | | |
| Security National Mortgage Company | 5300 S. 360 West | Suite 150 | Murray | UT | 84123 | | | | |
| SGB Corp. | 5655 S. Yosemite Street | Suite 460 | Englewood | CO | 80111 | 9700 W. Higgins Rd. | Rosemont | IL | 60018 |
| Shea Mortgage Inc. | 130 Vantis | Suite 110 | Aliso Viejo | CA | 92656 | | | | |
| Sierra Pacific Mortgage Company Inc. | 50 Iron Point Circle | Suite 200 | Folsom | CA | 95630 | | | | |
| Simonich Corporation | 3130 Crow Canyon Place | Suite 170 | San Ramon | CA | 94583 | | | | |
| SoluBanc Funding, Inc. | 485 E. Foothill Blvd. | Suite B | Upland | CA | 91786 | 24801 Valley Ranch Rd | Moreno Valley | CA | |
| Southeast Funding Alliance, Inc. | 2201 Pembrook Dr. | | Orlando | FL | 32810 | | | | |

8

| Defendant Name | Address #1 | | | | | Address #2 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sterling National Mortgage Company, Inc. | 98 Cuttermill Road | | Great Neck | NY | 11021 | 500 Seventh Avenue, 3rd Floor | New York | NY | 10018 |
| Suburban Mortgage, Inc. | 2510 West Dunlap Avenue | 5th Floor | Phoenix | AZ | 85021 | 7500 N. Dreamy Draw Drive, #110 | Phoenix | AZ | 85020 |
| Sun American Mortgage Company | 4140 E. Baseline Rd. | Suite 206 | Mesa | AZ | 85206 | | | | |
| Sunbelt Lending Services, Inc. | 300 South Park Place Blvd. | Suite 150 | Clearwater | FL | 33759 | | | | |
| Sunset Direct Lending, LLC | 5000 SW Meadows Rd. | Suite 131 | Lake Oswego | OR | 97035 | | | | |
| Sunset Mortgage Co. | 4230 Galewood Street | Suite 200 | Lake Oswego | OR | 97035 | | | | |
| Sunset Mortgage Company, LP | 3 Dickenson Drive | | Chadds Ford | PA | 19317 | | | | |
| The Lending Company | 6910 E. Chauncey Lane | # 220 | Phoenix | AZ | 85054 | | | | |
| Unified Capital Group | 1723 Hamilton Avenue | | San Jose | CA | 95125 | | | | |
| Universal American Mortgage Company, LLC | 700 NW 107 Avenue | | Miami | FL | 33172 | | | | |
| Vision Mortgage, L.L.C. | 9715 Key West Ave. | 2nd Floor | Rockville | MD | 20850 | 10608 Margate Drive | Silver Spring | MD | 20901 |
| Wall Street Mortgage Bankers, Ltd. | 1111 Marcus Avenue | Suite 300 | Lake Success | NY | 11042 | | | | |
| Webster Bank N.A. | 609 West Johnson Avenue | | Cheshire | CT | 06410 | 145 Bank Street | Waterbury | CT | 0641006702 |
| Weger Mortgage Corp. | 39178 10th Street West | Suite F | Palmdale | CA | 93551 | | | | |
| WEI Mortgage Corp. | 15200 Shady Grove Road | Suite 206 | Rockville | MD | 20850 | 9707 Key West Ave, Ste. 100 | Rockville | MD | 20850 |

| Defendant Name | Address #1 | | | | | Address #2 | | | |
|---|---|---|---|---|---|---|---|---|---|
| WestStar Mortgage, Inc. | 3350 Commission Court | | Woodbridge | VA | 22191 | | | | |
| Wholesale America Mortgage, Inc. | 6200 Stonebridge Mall Rd. | Suite 200 | Pleasanton | CA | 94588 | | | | |
| Windsor Capital Mortgage Corporation | 4810 Eastgate Mall | Suite 203 | San Diego | CA | 92121 | | | | |
| Winstar Mortgage Partners, Inc. | 13705 First Avenue North | Suite 500 | Plymouth | MN | 55441 | 13355 10th Ave N. | Plymouth | MN | 55441 |
| WR Starkey Mortgage LLP | 5055 Park Blvd. | Suite 300 | Plano | TX | 75093 | | | | |
| Zino Financial, Inc. | 4071 Port Chicago Highway | Suite 120 | Concord | CA | 94520 | 1976 Carzino Court | Concord | CA | 94521 |