WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Paul R. DeFilippo
James N. Lawlor
Adam M. Bialek
Christopher J. Lucht

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 974-7468
Michael A. Rollin
Maritza Dominguez Braswell (application to be filed)
Lindsay Unruh (application to be filed)
Caleb Durling (application to be filed)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555(scc)** |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>-against-<br><br>1ST ADVANTAGE MORTGAGE, LLC, AFFILIATED FUNDING CORP., ALERA FINANCIAL, LLC, ALLIANCE FINANCING MORTGAGE CORP., ALPINE MORTGAGE LLC, AMERA MORTGAGE CORPORATION, AMERICAN HOME EQUITY CORPORATION, AMERICAN LENDING NETWORK INC., AMERICAN MORTGAGE EXPRESS FINANCIAL, | **Adv. Pro. No. 16-01019** |

AMERICA'S MORTGAGE ALLIANCE, INC., APPROVED FUNDING CORP., APREVA FINANCIAL CORPORATION, ARLINGTON CAPITAL MORTGAGE CORPORATION, ASCENT HOME LOANS INC., ATLANTIC BAY MORTGAGE GROUP LLC, AURORA MORTGAGE, LLC, AXIOM FINANCIAL, LLC., AXIS MORTGAGE & INVESTMENTS LLC, BANK OF ENGLAND, BELL AMERICA MORTGAGE LLC, BONDCORP REALTY SERVICES, INC., BRIER MORTGAGE CORP., BROADVIEW MORTGAGE CORPORATION, CENTRAL PACIFIC MORTGAGE COMPANY, CHERRY CREEK MORTGAGE CO., INC., CHICAGO BANCORP, INC., CHRISTOPHER E. HOBSON, INC. (D/B/A FRANKLIN FINANCIAL), CITIMUTUAL CORPORATION, CITY FIRST MORTGAGE SERVICES, L.L.C., CMG MORTGAGE INC., COMMUNITY BANKS OF COLORADO, CORNERSTONE HOME MORTGAGE CORP., CORNERSTONE MORTGAGE, INC., CRANBROOK MORTGAGE CORP., CRESTLINE FUNDING CORPORATION, CTX MORTGAGE COMPANY, LLC, DEUTSCHE BANK, AG (AS SUCCESSOR TO MORTGAGE IT, INC., D/B/A MIT LENDING), DHI MORTGAGE COMPANY, LTD., DIRECTORS MORTGAGE INC., DOLLAR MORTGAGE CORPORATION, DUXFORD FINANCIAL, INC., DYNAMIC CAPITAL MORTGAGE, INC., EAGLE HOME MORTGAGE, LLC, EXTOL MORTGAGE SERVICES, INC., FAIRMONT FUNDING LTD., FIRST BANK, FIRST CALIFORNIA MORTGAGE COMPANY, FIRST CAPITAL GROUP, LP, FIRST EQUITY MORTGAGE BANKERS, INC., FIRST MORTGAGE CORPORATION, FIRST RESIDENTIAL MORTGAGE SERVICES CORP., FLICK MORTGAGE INVESTORS, INC., FREEDOM MORTGAGE CORP., FRONTIER INVESTMENT COMPANY, GATEWAY BANK, FSB (AS SUCCESSOR TO ARLINGTON CAPITAL MORTGAGE CORPORATION), GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES LP, GATEWAY MORTGAGE GROUP, LLC, GEORGE MASON MORTGAGE LLC, GLOBAL ADVISORY GROUP, INC., GREENPOINT MORTGAGE FUNDING, INC., GUARANTEED RATE, INC., GUARANTY BANK, HARTLAND MORTGAGE CENTERS, INC., HOME LOAN CENTER, INC., HOME LOAN MORTGAGE CORPORATION, HSBC MORTGAGE SERVICES INC., HYPERION CAPITAL

GROUP, LLC, IMORTGAGE.COM, INC., ION CAPITAL, INC., JAMS-01, INC., K & B CAPITAL CORP., LAKELAND MORTGAGE CORP., LIBERTY FINANCIAL GROUP, INC., MARIBELLA MORTGAGE LLC, MASON DIXON FUNDING, INC., MEGA CAPITAL FUNDING, INC., MEGASTAR FINANCIAL CORP., MERRIMACK MORTGAGE COMPANY, INC., MILLENNIUM MORTGAGE CORP., MINNESOTA HOME MORTGAGE CORPORATION, MJS LENDING, INC., MORTGAGE CAPITAL ASSOCIATES, INC., MORTGAGE IT, INC., MORTGAGE PARTNERS, INC., MOUNTAIN AMERICA FINANCIAL SERVICES, LLC, MOUNTAIN WEST FINANCIAL, INC., MYLOR FINANCIAL GROUP, INC., NATIONAL FUNDING COMPANY, LLC, NATIONAL PENN BANK, NEW FED MORTGAGE CORP., NL, INC., NORTH COUNTY REAL ESTATE, INC., NORTHWEST MORTGAGE GROUP, INC., NOVA FINANCIAL & INVESTMENT CORPORATION, OAKTREE FUNDING CORPORATION, ORO REAL, INC., PACIFIC FIRST FINANCIAL SERVICES, LP, PARAMOUNT RESIDENTIAL MORTGAGE GROUP INC., PARKSIDE LENDING, LLC, PEMM.TEK MORTGAGE SERVICES, LLC, PHH HOME LOANS, LLC, PMAC LENDING SERVICES, INC., PMC BANCORP, POPULAR MORTGAGE CORP, PRIMARY CAPITAL ADVISORS, LC, PRIME MORTGAGE CORPORATION, PROMINENT MORTGAGE CORP., PTF FINANCIAL CORP., QUICKDRAW REAL ESTATE SERVICES, INC., RBC MORTGAGE COMPANY, REAL ESTATE FINANCIAL SERVICES, INC., RELIANT MORTGAGE COMPANY, LLC, REPUBLIC MORTGAGE HOME LOANS LLC, REPUBLIC STATE MORTGAGE COMPANY, RESIDENTIAL HOME FUNDING CORP., RESIDENTIAL MORTGAGE CAPITAL, RESPONSE MORTGAGE SERVICES, INC., REUNION MORTGAGE INC., RMR FINANCIAL, LLC, SACRAMENTO 1ST MORTGAGE, INC., SAN DIEGO GREAT WESTERN MORTGAGE CO. INC., SANTA CRUZ MORTGAGE COMPANY, SECURITY NATIONAL MORTGAGE COMPANY, SGB CORP., SHEA MORTGAGE INC., SIERRA PACIFIC MORTGAGE COMPANY INC, SIMONICH CORPORATION, SOLUBANC FUNDING, INC., SOUTHEAST FUNDING ALLIANCE, INC., STERLING NATIONAL MORTGAGE COMPANY, INC.,

SUBURBAN MORTGAGE, INC., SUN AMERICAN MORTGAGE COMPANY, SUNBELT LENDING SERVICES, INC., SUNSET DIRECT LENDING, LLC, SUNSET MORTGAGE CO., SUNSET MORTGAGE COMPANY, LP, THE LENDING COMPANY, UNIFIED CAPITAL GROUP, UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, VISION MORTGAGE, L.L.C., WALL STREET MORTGAGE BANKERS, LTD., WEBSTER BANK N.A., WEGER MORTGAGE CORPORATION, WEI MORTGAGE CORPORATION, WESTSTAR MORTGAGE, INC., WHOLESALE AMERICA MORTGAGE, INC., WINDSOR CAPITAL MORTGAGE CORPORATION, WINSTAR MORTGAGE PARTNERS, INC., WR STARKEY MORTGAGE LLP, And ZINO FINANCIAL, INC.,

Defendants.

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Michael A. Rollin of Rollin Braswell Fisher LLC hereby appears in the above captioned adversary proceeding on behalf of Lehman Brothers Holdings Inc., Plaintiff, and requests, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in, and all papers served or required to be served in this adversary proceeding, be given to and served upon the undersigned attorney, at the address set forth below:

> Michael A. Rollin
> ROLLIN BRASWELL FISHER LLC
> 8350 E. Crescent Pkwy., Suite 100
> Greenwood Village, Colorado 80111
> Telephone: (303) 945-7415
> Facsimile: (303) 974-7468
> Email: mrollin@rbf.law

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, fax, email, or otherwise.

Dated: February 4, 2016.

/s Michael A. Rollin
Michael A. Rollin
ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 974-7468
mrollin@rbf.law