Clerk of the Court

United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004-1408

FILED
U.S. BANKRUPTCY COURT

2016 APR 11  A 10: 09

S.D.N.Y.

North County Real Estate, Inc. closed it's doors and stopped doing business effective 12/31/2009.

Regards,

Dale Knott

*[signature]* 4/4/16

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Lehman Brothers Holdings Inc.

Bankruptcy Case No.:
08-13555-scc

Lehman Brothers Holdings Inc.

                     Plaintiff(s),

Adversary Proceeding No.
16-01019-scc

-against-

1st Advantage Mortgage, L.L.C.
Affiliated Funding Corporation
Alera Financial, LLC
Alliance Financing Mortgage, Corp.
Alpine Mortgage LLC
Amera Mortgage Corporation
American Home Equity Corp.
American Lending Network Inc.
American Mortgage Express Financial
America's Mortgage Alliance, Inc.
Approved Funding Corp.
Apreva Financial Corp.
Arlington Capital Mortgage Corp.
Ascent Home Loans Inc.
Atlantic Bay Mortgage Group, L.L.C.
Aurora Mortgage, LLC
Axiom Financial, LLC
Axis Mortgage & Investments LLC
Bank of England
Bell America Mortgage LLC
Bondcorp Realty Services, Inc.
Brier Mortgage Corp.
Broadview Mortgage Corporation
Central Pacific Mortgage Company
Cherry Creek Mortgage Co., Inc.
Chicago Bancorp, Inc.
Christopher E. Hobson, Inc. (d/b/a Franklin Financial)
Citimutual Corporation
City First Mortgage Services, L.L.C.
CMG Mortgage, Inc.
Community Banks of Colorado
Cornerstone Home Mortgage Corp.
Cornerstone Mortgage, Inc.
Cranbrook Mortgage Corporation
Crestline Funding Corp.
CTX Mortgage Company, LLC
Deutsche Bank, AG (as successor to Mortgage IT, Inc., d/b/a MIT Lending)
DHI Mortgage Company, Ltd.
Directors Mortgage, Inc.
Dollar Mortgage Corp.
Dynamic Capital Mortgage, Inc.
Eagle Home Mortgage, LLC
Extol Mortgage Services, Inc.
Fairmont Funding Ltd.
First Bank
First California Mortgage Company
First Equity Mortgage Bankers, Inc.
First Mortgage Corp.
First Residential Mortgage Services Corporation
Flick Mortgage Investors, Inc.
Freedom Mortgage Corporation
Frontier Investment Company
Gateway Bank
Gateway Mortgage Group, LLC

Global Advisory Group, Inc.
Greenpoint Mortgage Funding, Inc.
Guaranteed Rate, Inc.
Guaranty Bank
Hartland Mortgage Centers, Inc.
Home Loan Center, Inc.
Home Loan Mortgage Corp.
HSBC Mortgage Services Inc.
Hyperion Capital Group, L.L.C.
Imortgage.com, Inc.
ION Capital, Inc.
K & B Capital Corp.
Lakeland Mortgage Corporation
Liberty Financial Group, Inc.
Maribella Mortgage, LLC
Mason Dixon Funding, Inc.
Mega Capital Funding, Inc.
MegaStar Financial Corp.
Merrimack Mortgage Company, Inc.
Millennium Mortgage Corp.
Minnesota Home Mortgage Corp.
MJS Lending, Inc.
Mortgage Capital Associates, Inc.
Mortgage IT, Inc.
Mortgage Partners, Inc.
Mountain America Financial Services, L.L.C.
Mountain West Financial, Inc.
Mylor Financial Group, Inc.
National Funding Company, LLC
National Penn Bank
New Fed Mortgage Corp.
NL, Inc.
*North County Real Estate, Inc.*
Northwest Mortgage Group, Inc.
Nova Financial & Investment Corp.
Oaktree Funding Corp.
Oro Real, Inc.
Pacific First Financial Services, L.P.
Paramount Residential Mortgage Group, Inc.
Parkside Lending, LLC
Pemm.Tek Mortgage Services, LLC
PMAC Lending Services, Inc.
PMC Bancorp
Popular Mortgage Corp.
Primary Capital Advisors, LC
Prime Mortgage Corp.
PTF Financial Corp.
Quickdraw Real Estate Services, Inc.
RBC Mortgage Company
Real Estate Financial Services, Inc.
Reliant Mortgage Company, LLC
Republic Mortgage Home Loans LLC
Republic State Mortgage Company
Residential Home Funding Corp.
Residential Mortgage Capital
Response Mortgage Services, Inc.
Reunion Mortgage, Inc.
RMR Financial, LLC
Sacramento 1st Mortgage, Inc.
San Diego Great Western Mortgage Co. Inc.
Security National Mortgage Company
SGB Corporation
Shea Mortgage Inc.
Sierra Pacific Mortgage Company Inc.
Simonich Corp.

SoluBanc Funding, Inc.
Southeast Funding Alliance, Inc.
Sterling National Mortgage Company, Inc.
Suburban Mortgage, Inc.
Sun American Mortgage Company
Sunbelt Lending Services, Inc.
Sunset Direct Lending, LLC
Sunset Mortgage Co.
Sunset Mortgage Company, L.P.
The Lending Company, Inc.
Unified Capital Group
Universal American Mortgage Company, LLC
Vision Mortgage, L.L.C.
Wall Street Mortgage Bankers, Ltd.
Webster Bank N.A.
Weger Mortgage Corp.
WEI Mortgage Corp.
WestStar Mortgage, Inc.
Wholesale America Mortgage, Inc
Windsor Capital Mortgage Corp.
Winstar Mortgage Partners, Inc.
W.R. Starkey Mortgage LLP
Zino Financial, Inc.
First Capital Group, L.P.
Gateway Funding Diversified Mortgage Services, L.P. (as Successor to Arlington Capital Mortgage Corporation)
FSB

                    Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| Address of Clerk: |
| --- |
| Clerk of the Court<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004-1408 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
| --- |
| Christopher J Lucht<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, NY 10110 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004-1408 | Room: Courtroom 623 (SCC), One Bowling Green, New York, NY 10004-1408<br><br>Date and Time: 5/10/16 at 10:00 AM |
| --- | --- |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 3/15/16

Vito Genna

*Clerk of the Court*

By: /s/  Kenishia Braithwaite

*Deputy Clerk*