# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al*.,<br><br>　　　　　　Debtor. | Chapter 11<br>CASE NO.: 08-13555 (SCC)<br>Adversary Proceeding No. 16-01019 (SCC)<br>**ORDER GRANTING PRO HAC VICE ADMISSION** |
| LEHMAN BROTHERS HOLDINGS, INC.,<br>　　　Plaintiff<br>　　　　v.<br>1ST ADVANTAGE MORTGAGE, LLC, ET AL.,<br>　　　Defendant | |

Upon the motion of Amjad M. Khan to be admitted *pro hac vice* to represent Defendant PMAC Lending Services, Inc., and upon the movant's certification that the movant is a member of good standing of the bar of the State of California, the United States District Court for the Central District of California, the Ninth Circuit Court of Appeals, and the Federal Circuit Court of Appeals, it is hereby:

**ORDERED**, that Amjad M. Khan is admitted to practice *pro hac vice* in the above-captioned adversary proceeding to represent Defendant PMAC Lending

Services, Inc, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April 25, 2016
New York, New York

/S/ Shelley C. Chapman
Hon. Shelley C. Chapman
United States Bankruptcy Court