FinBILZIN SUMBERG BAENA
 PRICE & AXELROD LLP
1450 Brickell Avenue, Ste. 2300
Miami, Florida 33131
305-350-7232
Philip R. Stein *(Admitted Pro Hac Vice)*
Mindy A. Mora
Anthony V. Narula *(Admitted Pro Hac Vice)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   Case No. 08-13555 (SCC)
                                                               :
         Debtors.                                              :
                                                               :
---------------------------------------------------------------x

**LEHMAN BROTHERS HOLDINGS INC.,**          Adversary Proceeding

         Plaintiff,                         No. 16-01019 (SCC)

v.

**MORTGAGE CAPITAL ASSOCIATES, INC, et. al.,**

         Defendant.
_____/

### STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED by and between the undersigned that the law firm of Bilzin Sumberg Baena Price & Axelrod LLP is hereby substituted for the law firm of American Mortgage Law Group P.C., as counsel of record for Defendant, Mortgage Capital Associates, Inc., in the above-captioned case. Hereafter, all pleadings and papers directed to the Defendant shall be served upon Phillip R. Stein, Esq., Mindy A. Mora, Esq, and Anthony V. Narula, Esq., c/o Bilzin Sumberg Baena Price and Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, Florida 33131-3456.

Dated: December 1, 2016                              Dated: December 1, 2016

1

BILZIN SUMBERG BAENA PRICE & AXELROD, LLP
1450 Brickell Avenue
Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 350-7220
Direct Fax: (305) 351-2147

By: _____
Phillip R. Stein, Esq. (FBN 41517)
pstein@bilzin.com
Mindy A. Mora, Esq.
mmora@bilzin.com
Anthony V. Narula, Esq. (FBN 56546)
anarula@bilzin.com
eservice@bilzin.com

AMERICAN MORTGAGE LAW GROUP P.C.
75 Rowland Way
Suite 350
Novato, California 94945
Telephone: (415) 878-0030
Fax: (415) 878-0035

By: _____
James William Brody, Esq.
jbrody@americanmlg.com
Tracy Lee Henderson, Esq.
thenderson@americanmlg.com

**AND**

BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 885-5218
Fax: (917) 332-3083

12/1/16

By: _____
Timothy William Salter, Esq.
tsalter@blankrome.com

MIAMI 5231105

2

BILZIN SUMBERG BAENA
 PRICE & AXELROD LLP
1450 Brickell Avenue, Ste. 2300
Miami, Florida 33131
305-350-7232
Philip R. Stein *(Admitted Pro Hac Vice)*
Mindy A. Mora
Anthony V. Narula *(Admitted Pro Hac Vice)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :   Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :   Case No. 08-13555 (SCC)
                                                             :
        Debtors.                                             :
                                                             :
-------------------------------------------------------------x

LEHMAN BROTHERS HOLDINGS INC.,            Adversary Proceeding

        Plaintiff,                        No. 16-01019 (SCC)

v.

MORTGAGE CAPITAL ASSOCIATES, INC, et. al.,

        Defendant.
_____/

## ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE, having come before the Court on the Stipulation for Substitution of Counsel and the Court having reviewed same and being otherwise fully advised in the premises, it is hereupon:

ORDERED AND ADJUDGED:

3

Phillip R. Stein, Esq., Mindy A. Mora, Esq., and Anthony V. Narula, Esq., of the law firm Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, Florida 33131 are hereby substituted in as counsel of record for and on behalf of Mortgage Capital Associates Inc., and that the law firm of American Mortgage Law Group, P.C., shall have no further responsibility with regard to Mortgage Capital Associates Inc., and that all further pleadings and papers shall hereafter be served upon Phillip R. Stein, Esq., Mindy A. Mora, Esq., and Anthony Narula, Esq., c/o Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, Florida 33131.

DONE AND ORDERED in Chambers, this ____ day of _____, 2016.

_____
Honorable Judge Shelley C. Chapman
United States Bankruptcy Court Judge

cc: Phillip R. Stein, Esq.
Mindy A. Mora, Esq.
Anthony V. Narula, Esq.
James William Brody, Esq.
Tracy Lee Henderson, Esq.
Timothy William Salter, Esq.