

June 27, 2017

<u>VIA ECF</u>

Honorable Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

    Re:   *Lehman Brothers Holdings Inc. v. 1st Advantage Mortgage, L.L.C.*
            Adv. Proc. No. 16-01019 (SCC) (the "<u>Omnibus Action</u>")

            *Lehman Brothers Holdings Inc. v. iFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation),*
            Adv. Proc. No. 15-01426 (SCC)

            *Lehman Brothers Holdings Inc. v. WEI Mortgage LLC f/k/a WEI Mortgage Corporation*,
            Adv. Proc. No. 16-01346 (SCC)

            Notice of Decision in a Related Matter

Dear Judge Chapman:

    This firm and Wollmuth Maher & Deutsch LLP represent Lehman Brothers Holdings Inc. ("<u>LBHI</u>") in the above-referenced adversary proceeding and related adversary cases in which LBHI is pursuing Indemnification Claims. Plaintiff LBHI respectfully submits this notice of supplemental authorities to support LBHI's opposition to iFreedom Direct Corporation's ("<u>iFreedom</u>") motion to dismiss (ECF 22) and LBHI's opposition to WEI Mortgage LLC's ("<u>WEI</u>") motion to dismiss (ECF 14).

    iFreedom filed a separate collateral action against LBHI in the United States District Court of Utah. *iFreedom Direct Corp. v. LBHI*, No. 15-cv-00868-TC, ECF No. 2 (D. Utah Dec. 10, 2015). After a hearing, the Utah court granted LBHI's motion to dismiss the parallel Utah action without prejudice in favor of the pending action before this Court. *Id.*, ECF No. 59 (D. Utah June

Rollin Braswell Fisher LLC
8350 E. Crescent Parkway, Suite 100          MAIN 303.945.7415     rbf@RBF.law
Greenwood Village, CO 80111                  FAX 303.974.7468      www.RBF.law

23, 2017). In the opinion, the Utah court distinguished the Tenth Circuit's ruling in *LBHI v. Universal American Mortgage Co.*, 660 F. App'x 554 (10th Cir. 2016), which is a focus of WEI's motion to dismiss. The opinion is attached as **Exhibit 1** as supplemental authority.

Respectfully submitted,

Michael A Rollin

Attachment
cc:   All parties (via ECF)

Rollin Braswell Fisher LLC
8350 E. Crescent Parkway, Suite 100      MAIN 303.945.7415     rbf@RBF.law
Greenwood Village, CO 80111              FAX 303.974.7468      www.RBF.law