UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No.<br>08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>        Plaintiff,<br><br>- against -<br><br>1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*,<br><br>        Defendants. | Adversary Proceeding<br>No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>        Plaintiff,<br><br>- against -<br><br>GUILD MORTGAGE COMPANY,<br><br>        Defendant. | Adversary Proceeding<br>No. 17-01001 (SCC) |

**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES**

WHEREAS, to promote the efficient resolution of the claims and disputes, on November 1, 2016, this Court entered a case management order (the "CMO"), which governs the above-referenced actions;

WHEREAS, pursuant to the CMO, defendants were permitted to file letters requesting a pre-motion conference to file "motions under Fed. R. Civ. P. 12(b)(2) (lack of personal

jurisdiction); 12(b)(4) (improper process); 12(b)(5) (insufficient service of process); and 28 U.S.C. § 1404 (change of venue)," (the "Letter Requests") (CMO ¶ 15);

WHEREAS, on January 24, 2017, Guild Mortgage Company ("Guild") filed a Letter Request to file a motion on the basis that it was improperly named because it was not a successor in interest [Case No. 17-01001, ECF No. 9];

WHEREAS, on April 12, 2017, Lehman Brothers Holdings Inc. ("LBHI") filed a response to Guild's Letter Request proposing a discovery schedule for the parties to engage in prior to consideration of any motion on the basis that a defendant was not a successor in interest [Case No. 16-01019, ECF No. 419];

WHEREAS, on October 5, 2017, this Court entered a scheduling order regarding discovery and briefing in connection with certain defendants', including Guild's, motion to dismiss based on successor liability issues [Case No. 16-01019, ECF No. 520] (the "Discovery Scheduling Order"); and

WHEREAS, on January 25, 2018, this Court entered an Order extending discovery deadlines ("Order Extending Discovery Deadlines") [Case No. 16-01019, ECF No. 558 and Case No. 17-01001, ECF No. 39].

IT IS HEREBY STIPULATED AND AGREED, by and between LBHI and Guild, by their respective undersigned counsel, as follows:

1. The remaining deadlines set forth in the Order Extending Discovery Deadlines are hereby extended for an additional 30 days.

2. The terms of the Discovery Scheduling Order as to any other defendant are otherwise unchanged.

Dated: March 19, 2018

| ROLLIN BRASWELL FISHER LLC | INCORVAIA & ASSOCIATES |
|---|---|
| By: /s/ *Maritza Dominguez Braswell*<br>Michael A. Rollin<br>Maritza Dominguez Braswell (pro hac vice)<br>Caleb Durling<br>Corey J. Longhurst (pro hac vice)<br>8350 E. Crescent Pkwy., Suite 100<br>Greenwood Village, Colorado 80111<br>Telephone: (303) 945-7415<br>Facsimile: (303) 974-7468<br>mrollin@rbf.law<br>mbraswell@rbf.law<br>cdurling@rbf.law<br>clonghurst@rbf.law | By: [signature]<br>G. Ehrich Lenz (pro hac vice)<br>Joel L. Incorvaia (pro hac vice)<br>1947 Camino Vida Roble, Suite 230<br>Carlsbad, California 92008-6540<br>Telephone: (858) 259-2220<br>Facsimile: (858) 259-3131<br>Ehrich@Incorlaw.com<br>Joel@Incorlaw.com<br><br>*Counsel for Guild Mortgage Company* |

-and-

WOLLMUTH MAHER & DEUTSCH LLP
William A. Maher
James N. Lawlor
Adam M. Bialek
Mara R. Lieber
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
wmaher@wmd-law.com
jlawlor@wmd-law.com
abialek@wmd-law.com
mlieber@wmd-law.com

*Counsel for Lehman Brothers Holdings Inc.*

IT IS SO ORDERED: March __ , 2018

_____
HON. SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE