UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555<br><br>Adversary Proceeding<br>No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br>v.<br><br>1ST ADVANTAGE MORTGAGE, LLC, *et al.* | |

## **STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED by and between the undersigned, that Amjad M. Khan of Brown Neri Smith & Khan, LLP, is hereby substituted in for Michael M. Yi of Lee Anav Chung White Ruger & Richter LLP, as counsel of record for Defendant PMC Bancorp in the above-captioned case. All pleadings and papers directed to the Defendant shall be served upon Mr. Khan, at 11601 Wilshire Blvd., Ste. 2080, Los Angeles, CA 90025.

Dated: March 20, 2018

| | |
|---|---|
| **Lee Anav Chung White Ruger & Richter LLP** | **Brown Neri Smith & Khan, LLP** |
| 156 Fifth Ave. Ste. 303 | 11601 Wilshire Blvd., Ste. 2080 |
| New York, NY 10010 | Los Angeles, CA 90025 |
| T: (212) 271-0664 | T: (310) 593-9890 |
| F: (212) 271-0665 | F: (310) 593-9980 |
| | |
| By: /s Michael M. Yi | By: /s Amjad M. Khan |
| Michael M. Yi | Amjad M. Khan (admitted pro hac vice) |
| michaelyi@lawcwkrr.com | Amjad@bnsklaw.com |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555<br><br>Adversary Proceeding<br>No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br>v.<br><br>1ST ADVANTAGE MORTGAGE, LLC, *et al.* | |

## ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE, having come before the Court on the Stipulation for Substitution of Counsel and the Court having reviewed the same and being fully advised in the premises, it is:

ORDERED AND ADJUDGED:

Amjad M. Khan, Esq. of the law firm Brown Neri Smith & Khan, LLP, 11601 Wilshire Blvd., Ste. 2080, Los Angeles, CA 90025, is hereby substituted in as counsel of record for Defendant PMC Bancorp.  The law firm of Lee Anav Chung White Kim Ruger & Richter LLP shall have no further responsibility regarding PMC Bancorp, and that all further pleadings and papers shall now be served upon Amjad M. Khan, Brown Neri Smith & Khan, LLP, 11601 Wilshire Blvd., Ste. 2080, Los Angeles, CA 90025.

Dated:_____

_____
                          Hon. Shelley C. Chapman
                      U.S. Bankruptcy Court Judge SDNY