**HEARING DATE: PER CMO**
**RESPONSE DEADLINE: JULY 12, 2019**
**REPLY DEADLINE: AUGUST 12, 2019**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                  Debtors. | CHAPTER 11<br><br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                  Plaintiff,<br>   v.<br><br>1st ADVANTAGE MORTGAGE, L.L.C., *et al.*,<br><br>                  Defendant. | Adv. Pro. No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                  Plaintiff,<br>   v.<br><br>APPROVED FUNDING CORP.,<br><br>                  Defendant. | Adv. Pro. No. 18-01790 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                  Plaintiff,<br>   v.<br><br>BROADVIEW MORTGAGE CORPORATION,<br><br>                  Defendant. | Adv. Pro. No. 18-01793 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                  Plaintiff,<br>   v. | Adv. Pro. No. 18-01715 (SCC) |

| | |
|---|---|
| LHM FINANCIAL CORPORATION,<br><br>                Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                Plaintiff,<br>    v.<br><br>AMERICAN BANK and CONGRESSIONAL BANCSHARES, INC. (successor-in-interest),<br><br>                Defendants. | Adv. Pro. No. 18-01867 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                Plaintiff,<br>    v.<br><br>ARLINGTON CAPITAL MORTGAGE CORPORATION and GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P.,<br><br>                Defendants. | Adv. Pro. No. 18-01840 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                Plaintiff,<br>    v.<br><br>HARTLAND MORTGAGE CENTERS, INC.,<br><br>                Defendant. | Adv. Pro. No. 18-01800 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                Plaintiff,<br>    v.<br><br>LOAN SIMPLE, INC. f/k/a ASCENT HOME LOANS, INC. f/k/a PLACER FINANCIAL INC.,<br><br>                Defendant. | Adv. Pro. No. 18-01791 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., | Adv. Pro. No. 18-01717 (SCC) |

|  |  |
|---|---|
| Plaintiff,<br>v.<br>LUXURY MORTGAGE CORP.,<br><br>Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br>v.<br>NEW FED MORTGAGE, CORP.,<br><br>Defendant. | Adv. Pro. No. 18-01806 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br>v.<br>OAKTREE FUNDING CORP.,<br><br>Defendant. | Adv. Pro. No. 18-01808 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br>v.<br>MC ADVANTAGE, LLC, f/k/a REPUBLIC MORTGAGE HOME LOANS, LLC,<br><br>Defendant. | Adv. Pro. No. 18-01811 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br>v.<br>REPUBLIC STATE MORTGAGE CO., individually and as successor by merger to Union Trust Mortgage Corporation,<br><br>Defendant. | Adv. Pro. No. 18-01813 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., | Adv. Pro. No. 18-01815 (SCC) |

|  |  |
|---|---|
| Plaintiff,<br>v.<br>RESIDENTIAL HOME FUNDING CORP.,<br>Defendant. |  |
| LEHMAN BROTHERS HOLDINGS INC.,<br>Plaintiff,<br>v.<br>ROSS MORTGAGE CORPORATION,<br>Defendant. | Adv. Pro. No. 18-01831 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br>Plaintiff,<br>v.<br>STERLING NATIONAL MORTGAGE COMPANY, INC.,<br>Defendant. | Adv. Pro. No. 18-01824 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br>Plaintiff,<br>v.<br>SUN AMERICAN MORTGAGE COMPANY,<br>Defendant. | Adv. Pro. No. 18-01826 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br>Plaintiff,<br>v.<br>SUN WEST MORTGAGE COMPANY, INC.,<br>Defendant. | Adv. Pro. No. 18-01735 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br>Plaintiff, | Adv. Pro. No. 18-01828 (SCC) |

|  |  |
|---|---|
| v. <br><br>WINDSOR CAPITAL MORTGAGE CORPORATION, <br><br>      Defendant. |  |
| LEHMAN BROTHERS HOLDINGS INC., <br><br>      Plaintiff, <br> v. <br><br>WR STARKEY MORTGAGE, LLP, <br><br>      Defendant. | Adv. Pro. No. 18-01827 (SCC) |

## NOTICE OF CERTAIN DEFENDANTS' OMNIBUS MOTION TO DISMISS

**PLEASE TAKE NOTICE** that a hearing on the annexed Omnibus Motion to Dismiss and Supporting Memorandum of Law (the "Omnibus Motion") will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United Stated Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 623 (SCC), New York, New York, 10004, at a date and time to be determined by the Court. (*See* Case Management Order ¶II(J), ECF No. 825.)

**PLEASE TAKE FURTHER NOTICE** that, pursuant to and in accordance with Paragraph II(C) of the Amended Case Management Order dated March 13, 2019 (ECF No. 825), Plaintiff's brief in opposition to the Omnibus Motion shall be filed and served on July 12, 2019 and Defendants' reply brief in support of the Omnibus Motion shall be filed and served on August 12, 2019.

**PLEASE TAKE FURTHER NOTICE** that if no objections or responses are timely filed and served with respect to the Omnibus Motion, Defendants may submit to the Bankruptcy

Court an order dismissing the Complaints, which order may be entered without any further notice or opportunity to be heard.

Dated: May 13, 2019
     New York, New York

**Lani Adler Partners LLC**

By:    */s/ Lani A. Adler*
     Lani A. Adler
     ladler@laniadlerpartners.com

275 West 96th Street, Suite 15G
New York, New York 10025
Telephone: (646) 732-3260

**Attorneys for Defendant Suburban Mortgage, Inc.**

**AMERICAN MORTGAGE LAW GROUP**

By:    */s/ Tracy L. Henderson, Esq.*
     Tracy L. Henderson, Esq.
     *Pro Hac Vice*
     thenderson@americanmlg.com

775 Baywood Drive, Suite 100
Petaluma, California 94954
Telephone: (707) 456-4043

**Attorneys for Certain Defendants**

**SHAPIRO BIEGING BARBER OTTESON LLP**

By:    */s/ John C. Leininger*
     John C Leininger
     Texas Bar No. 24007544
     jcl@sbbolaw.com

1540 Lyndon B. Johnson Freeway
Suite 1540
Dallas, Texas 75240
Telephone: (214) 377-0146

**Attorneys for Seattle Bank f/k/a Seattle Savings Bank; and Gateway Mortgage Group, LLC**