**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>      Debtors. | Chapter 11<br><br>Case No.<br>08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>      Plaintiff,<br> - against -<br><br>1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*,<br><br>      Defendant. | Adversary Proceeding<br>No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>      Plaintiff,<br> - against –<br><br>APPROVED FUNDING CORP.,<br><br>      Defendant. | Adversary Proceeding<br>No. 18-01790 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>      Plaintiff,<br> - against -<br><br>BROADVIEW MORTGAGE CORPORATION,<br><br>      Defendant. | Adversary Proceeding<br>No. 18-01793 (SCC) |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br> - against - <br><br> LHM FINANCIAL CORPORATION, <br><br> Defendant. | Adversary Proceeding <br> No. 18-01715 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br> - against - <br><br> AMERICAN BANK and CONGRESSIONAL BANCSHARES, INC. (successor-in-interest), <br><br> Defendants. | Adversary Proceeding <br> No. 18-01867 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br> - against - <br><br> ARLINGTON CAPITAL MORTGAGE CORPORATION and GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P., <br><br> Defendants. | Adversary Proceeding <br> No. 18-01840 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br> - against - <br><br> HARTLAND MORTGAGE CENTERS, INC., <br><br> Defendant. | Adversary Proceeding <br> No. 18-01800 (SCC) |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                 Plaintiff,<br><br>- against -<br><br>LOAN SIMPLE, INC. f/k/a ASCENT HOME LOANS, INC. f/k/a PLACER FINANCIAL INC.,<br><br>                 Defendant. | Adversary Proceeding<br>No. 18-01791(SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                 Plaintiff,<br>- against -<br><br>LUXURY MORTGAGE CORP.,<br><br>                 Defendant. | Adversary Proceeding<br>No. 18-01717 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                 Plaintiff,<br>- against -<br><br>NEW FED MORTGAGE, CORP.,<br><br>                 Defendant. | Adversary Proceeding<br>No. 18-01806 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                 Plaintiff,<br>- against -<br><br>OAKTREE FUNDING CORP.,<br><br>                 Defendant. | Adversary Proceeding<br>No. 18-01808 (SCC) |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                    Plaintiff,<br><br>- against -<br><br>MC ADVANTAGE, LLC f/k/a REPUBLIC MORTGAGE HOME LOANS, LLC,<br><br>                    Defendant. | Adversary Proceeding<br>No. 18-01811 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                    Plaintiff,<br><br>- against -<br><br>REPUBLIC STATE MORTGAGE CO., individually and as successor by merger to Union Trust Mortgage Corporation,<br><br>                    Defendant. | Adversary Proceeding<br>No. 18-01813 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                    Plaintiff,<br><br>- against -<br><br>RESIDENTIAL HOME FUNDING CORP.,<br><br>                    Defendant. | Adversary Proceeding<br>No. 18-01815 (SCC) |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                Plaintiff,<br><br>- against -<br><br>ROSS MORTGAGE CORPORATION,<br><br>                Defendant. | Adversary Proceeding<br>No. 18-01831 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                Plaintiff,<br><br>- against -<br><br>STERLING NATIONAL MORTGAGE COMPANY, INC.,<br><br>                Defendant. | Adversary Proceeding<br>No. 18-01824 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                Plaintiff,<br><br>- against -<br><br>SUN AMERICAN MORTGAGE COMPANY,<br><br>                Defendant. | Adversary Proceeding<br>No. 18-01826 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                Plaintiff,<br><br>- against -<br><br>SUN WEST MORTGAGE COMPANY, INC.,<br><br>                Defendant. | Adversary Proceeding<br>No. 18-01735 (SCC) |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> WINDSOR CAPITAL MORTGAGE CORPORATION, <br><br> Defendant. | Adversary Proceeding <br> No. 18-01828 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> WR STARKEY MORTGAGE, LLP, <br><br> Defendant. | Adversary Proceeding <br> No. 18-01827 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> SEATTLE BANK f/k/a SEATTLE SAVINGS BANK, <br><br> Defendant. | Adversary Proceeding <br> No. 18-01721 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> GATEWAY MORTGAGE GROUP, LLC, <br><br> Defendant. | Adversary Proceeding <br> No. 16-01291 (SCC) |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> SUBURBAN MORTGAGE, INC., <br><br> Defendant. | Adversary Proceeding <br> No. 18-01825 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> MEGA CAPITAL FUNDING, INC., <br><br> Defendant. | Adversary Proceeding <br> No. 18-01801 (SCC) |

**STIPULATION AND ORDER SETTING
BRIEFING SCHEDULE ON MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED, by and between Lehman Brothers Holdings Inc. (the "Plan Administrator") and the defendants in the above caption (the "Defendants") who filed the Omnibus Motion to Dismiss RMBS Complaints Pursuant to Rule 12(b)(1) for Lack of Subject Matter Jurisdiction and Standing [Adv. Proc. No. 16-01019, Dkt. No. 915] (the "Motion") by their respective and undersigned counsel, as follows:

1. Lehman Brothers Holdings Inc.'s (the "Plan Administrator") time to file and serve its opposition to the Motion (the "Opposition") is extended from July 12, 2019 to July 24, 2019.

2. Defendants' time to file and serve a reply to the Plan Administrator's Opposition is extended from August 26, 2019 to September 18, 2019.

3. The parties agree to a hearing date of October 16, 2019 for this Motion as directed by this Court.

4. Nothing herein prevents the Plan Administrator or the Defendants from seeking relief from or revising the briefing scheduling.

Dated: New York, New York
July 11, 2019

**WOLLMUTH MAHER & DEUTSCH LLP**

By: /s/ Adam M. Bialek
Adam M. Bialek
abialek@wmd-law.com
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300

*Counsel for Lehman Brothers Holdings Inc.*

**LANI ADLER PARTNERS LLC**

By: /s/ Lani A. Adler
Lani A. Adler
ladler@laniadlerpartners.com
275 West 96th Street, Suite 15G
New York, New York 10025
Telephone: (646) 732-3260

*Counsel for Defendant Suburban Mortgage, Inc.*

**SHAPIRO BIEGING BARBER OTTESON LLP**

By:    /s/ John C. Leininger
      John C Leininger
      jcl@sbbolaw.com
      1540 Lyndon B. Johnson Freeway Suite 1540
      Dallas, Texas 75240
      Telephone: (214) 377-0146

*Counsel for Seattle Bank f/k/a Seattle Savings Bank and Gateway Mortgage Group, LLC*

**AMERICAN MORTGAGE LAW GROUP**

By:    /s/ Tracy L. Henderson
      Tracy L. Henderson, Esq.
      thenderson@americanmlg.com
      775 Baywood Drive, Suite 100
      Petaluma, California 94954
      Telephone: (707) 456-4043

*Attorneys for Defendants: American Bank; Approved Funding Corp.; Arlington Capital Mortgage Corporation; Broadview Mortgage Corporation; Congressional Bancshares, Inc; Gateway Funding Diversified Mortgage Services, L.P.; Hartland Mortgage Centers, Inc.; LHM Financial dba CNN Mortgage; Loan Simple, Inc. f/k/a Ascent Home Loans Inc.; Luxury Mortgage Corp.; MC Advantage, LLC f/k/a Republic Mortgage Home Loans, LLC; Mega Capital Funding, Inc.; New Fed Mortgage Corp.; Oaktree Funding Corp.; Republic State Mortgage Co.; Residential Home Funding Corp.; Ross Mortgage Corporation; Sterling National Mortgage Company; Inc.; Sun American Mortgage Company; Sun West Mortgage Company, Inc.; Windsor Capital Mortgage Corporation; WR Starkey Mortgage, LLP*

IT IS SO ORDERED: July 12, 2019

/S/ Shelley C. Chapman
HON. SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE