Hearing Date: August 5, 2019 at 11:00 AM
Response Date: July 29, 2019 at 4:00 PM

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Paul R. DeFilippo
James N. Lawlor
Adam M. Bialek
Brant D. Kuehn
Mara R. Lieber

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (SCC)** |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*,<br><br>Defendants. | **Adversary Proceeding**<br>**No. 16-01019 (SCC)** |

Hearing Date: August 5, 2019 at 11:00 AM
Response Date: July 29, 2019 at 4:00 PM

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> GATEWAY MORTGAGE GROUP, LLC, individually and as successor by merger to Lincoln Mortgage Company <br><br> Defendant. | **Adversary Proceeding** <br> **No. 16-01291 (SCC)** |

### NOTICE OF MOTION OF LEHMAN BROTHERS HOLDINGS INC. FOR LEAVE TO FILE SUPPLEMENTAL THIRD AMENDED COMPLAINT PURSUANT TO RULE 7015 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

**PLEASE TAKE NOTICE** that a hearing on the annexed motion (the "Motion") of Lehman Brothers Holdings Inc. ("LBHI"), pursuant to Federal Rule of Bankruptcy Procedure 7015 and Federal Rule of Civil Procedure 15(a)(2) for an Order granting LBHI leave to file Supplemental Third Amended Complaint against the above-captioned Defendants, and awarding such other and further relief as the Court deems just and proper, as more fully described in the Motion, will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on, **August 5, 2019 at 11:00 AM (ET)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court, with proof of service, electronically in accordance with General

Order M-399 (available at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's electronic case filing system, and by all other parties in interest, on a 3.5 inch disk, compact disk, or flash drive, preferably in PDF format, WordPerfect or any other Windows-based word processing format (with two hard copies directly two Chambers), and shall be served upon (i) the chambers of the Honorable Shelly C. Chapman, One Bowling Green, New York, New York 10004, Courtroom 623, and (ii) Wollmuth Maher & Deutsch LLP, 500 Fifth Ave., New York, New York 10110 (Attn: William A. Maher, Esq. and Adam M. Bialek, Esq.), attorneys for LBHI by **July 29, 2019 at 4:00 PM (ET)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that the Motion may be granted without a hearing if no objection or response is filed and served by the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that parties filing a response or objection are required to attend the Hearing, and failure to appear may result in the relief being granted or denied upon default.

Dated:	New York, New York
	July 15, 2019

Respectfully submitted,

/s/ James N. Lawlor
William A. Maher
James N. Lawlor
Paul R. DeFilippo
Adam M. Bialek
Brant D. Kuehn
Mara R. Lieber

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:  (212) 382-3300
Facsimile:   (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*