# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

| | |
|---|---|
| In re: Lehman Brothers Holdings, Inc., *et al.* | Bankruptcy Case No. 08-13555 (SCC) |
| Lehman Brothers Holdings, Inc., | Adversary Proceeding No. 18-01712 (SCC) |
| Plaintiff(s), | |
| - against - | |
| Network Mortgage Services, Inc., | |
| Defendant | |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| **Name:** | **Network Mortgage Services, Inc.** |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 11/26/19

Vito Genna_____

*Clerk of the Court*

By:  /s/ Mary Lopez___

*Deputy Clerk*