# Notice Recipients

District/Off: 0208−1     User:     Date Created: 11/26/2019
Case: 16−01019−scc     Form ID: pdf001     Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| intp | Network Mortgage Services, Inc. | c/o James R. Blodgett | 19101 36th Avenue W #103 | Lynnwood, WA 98036 |
| 7625805 | Christopher J. Lucht, Esq. | Wollmuth Maher & Deutsch LLP | 500 Fifth Avenue | New York, New York 10110 |

TOTAL: 2