**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (SCC)** |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*,<br><br>Defendants. | **Adversary Proceeding**<br>**No. 16-01019 (SCC)** |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.,<br><br>Defendant. | **Adversary Proceeding**<br>**No. 16-01293 (SCC)** |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiff Lehman Brothers Holdings Inc. ("LBHI"), the Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, and Defendant Paramount Residential Mortgage Group, Inc. (the "Defendant") have reached a settlement fully and finally resolving all claims asserted against Defendant in the above-captioned action (the "Action");

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties hereto, that this Action is hereby dismissed against the Defendant with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: New York, New York
       March 18, 2021

| By: */s/ Brant D. Kuehn* | By: */s/ Philip R. Stein* |
|---|---|
| William A. Maher<br>James N. Lawlor<br>Adam M. Bialek<br>Brant D. Kuehn | Philip R. Stein<br><br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>1450 Brickell Avenue, 23rd Floor<br>Miami, Florida 33131<br>Telephone: (305) 350-2422<br>Facsimile: (305) 351-2193 |
| WOLLMUTH MAHER & DEUTSCH LLP<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050 | |
| *Counsel for Lehman Brothers Holdings Inc.* | *Counsel for Paramount Residential Mortgage Group, Inc.* |

**SO ORDERED:**

March 19, 2021
New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE