**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (SCC)** |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*,<br><br>Defendants. | **Adversary Proceeding**<br>**No. 16-01019 (SCC)** |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>GUILD MORTGAGE COMPANY, LLC individually and as successor in interest to LIBERTY FINANCIAL GROUP, INC.,<br><br>Defendant. | **Adversary Proceeding**<br>**Nos. 17-01001 & 18-01866 (SCC)** |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiff Lehman Brothers Holdings Inc. ("LBHI"), the Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, and Defendant Guild Mortgage Company, LLC individually and as successor in interest to Liberty Financial Group, Inc. (the "Defendant") have reached a

settlement fully and finally resolving all claims asserted against Defendant in the above-captioned actions (the "Actions");

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties hereto, that this Action is hereby dismissed against the Defendant with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: New York, New York
March 22, 2021

By: */s/ Brant D. Kuehn*

William A. Maher
James N. Lawlor
Adam M. Bialek
Brant D. Kuehn
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*

By:   */s/ Joel L. Incorvaia*

Joel L. Incorvaia
INCORVAIA &ASSOCIATES, APC
3183 Brookside Lane
Encinitas, CA 92024
Telephone: (858) 259-2220
Facsimile: (858) 759-0787

*Counsel for Guild Mortgage Company, LLC, individually and as successor in interest to Liberty Financial Group, Inc.*

**SO ORDERED:**

March 22, 2021
New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE